JUDGE ROBINSON

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax Number : (212) 637-2717



07 CV 7374

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

               Plaintiff,

    - v. -

KEVIN J. SHORTALL,

               Defendant.
------------------------------------------------------------------x

**VERIFIED COMPLAINT**

07 Civ.

2007 AUG 17 PM 4:19
S.D. OF N.Y.
FILED U.S. DISTRICT COURT

        Plaintiff United States of America (the "United States"), by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, alleges upon information and belief that:

        1.     Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1345.

        2.     Defendant Kevin J. Shortall (the "defendant") resides at 512 Burlingham Road, Burlingham, NY 12722, within the Southern District of New York.

### FIRST CAUSE OF ACTION

        3.     Defendant applied for and received a student loan from the lender whose name is set out in the defendant's promissory note(s) evidencing the loan, copies of which are annexed hereto as Exhibit A and incorporated herein.

        4.     Defendant defaulted on said note(s) and owes the amount said note(s) and interest.

5. The United States is the assignee and present holder of said note(s).

6. The amount due and owing plaintiff by defendant on said note(s) is $42,837.72, plus interest in the amount of $33,046.46, as of August 15, 2007, with interest accruing thereafter at the rate of 9 percent per annum. A Certificate of Indebtedness from the United States Department of Education is annexed hereto as Exhibit B and incorporated herein.

## SECOND CAUSE OF ACTION

7. Plaintiff repeats and realleges the allegations contained in paragraphs numbered one through six.

8. Plaintiff insured the aforementioned note(s) pursuant to Title IV of the Higher Education Act of 1965, Public Law 89-329.

9. The lender made an insurance claim on the United States for the amount of the lender's loss arising from the defendant's default on said note(s), which claim has been paid by the United States to the lender.

10. Plaintiff is entitled to be indemnified by defendant in the amount of $75,884.18 as of August 15, 2007, with interest accruing thereafter at the rate of 9 percent per annum.

WHEREFORE, plaintiff demands judgment against defendant in the amount of $75,884.18 plus interest as provided by law to the date of judgment and interest from the date of judgment at the legal rate until paid in full, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York

August 15, 2007

>MICHAEL J. GARCIA
>United States Attorney for the
>Southern District of New York
>Attorney for the Plaintiff
>
>By: _____
>KATHLEEN A. ZEBROWSKI
>Assistant United States Attorney
>86 Chambers Street
>New York, New York 10007
>Telephone No.: (212) 637-2710

## VERIFICATION

STATE OF NEW YORK            )
COUNTY OF NEW YORK      : ss.:
SOUTHERN DISTRICT OF NEW YORK   )

KATHLEEN A. ZEBROWSKI, being duly sworn, deposes and says that she is an Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for the Southern District of New York, that she has read the foregoing complaint, and that the same is true and accurate to the best of her knowledge and belief.

_____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney

Sworn to before me this 15th

day of August, 2007

_____
NOTARY PUBLIC

HERMAN AMOS JR.
Notary Public, State of New York
No. 31-4961366
Qualified in New York County
Commission Expires Feb. 5, 2010

**EXHIBIT A**

09703 178016

## LOAN CONSOLIDATION APPLICATION AND PROMISSORY NOTE
Guaranteed by: New York State Higher Education Services Corporation

Equal Opportunity Lender Member FDIC

PRIVATE LOANS DEPARTMENT

**PERSONAL INFORMATION**

Name (First, MI, Last): JOHN SHORTALL, ESQ
SS#: 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

Box 94
...HAM, New York 12722

Number: 308558 77741 731529
Day: 914-148-2299
NEW YORK 60
Evening: 914-793-9751

[X] Full-time  [ ] Part-time  [ ] Not Employed

Name and Address:
...G STIX, ESQS
...TTLE AVENUE
...PLAINS, N.Y. 10606

Annual income: $45,000.00

Relative not living with you:
SHORTALL
...CKLEY STREET
...New York 12750
794-0646   Evening: 914-292-1477

**STUDENT LOAN INFORMATION**

| Name & Address | b. Account Number | c. Type of Loan (GSL/FISL/ANDL/Perkins/PLUS/SLS/HPSL) | d. Current Balance (Prin. & Int.) | e. Interest Rate | f. |
|---|---|---|---|---|---|
| ...EDUCATION (...) | 467816 | GSL | | | |
| | 065 54 590 001 | GSL/SLS | | 9.0% | |
| | 12060 01794-02043 | SLS | | 14% | |
| | 065 54-5901-1 | SLS/GSL | | 12.0% | |
| Totals | | | $38,735.20 | | |

I wish to have considered for purposes of determining my repayment schedule but that I do not wish to... (DO NOT DUPLICATE LOANS LISTED IN ITEM 8):

| Name & Address | b. Account Number | c. Type of Loan Program | d. Current Balance (Prin. & Int.) | e. Interest Rate | f. |
|---|---|---|---|---|---|
| | | | | | |

Totals

REPAYMENT SCHEDULE

☒ Level Payment Schedule    ☐ Graduated Payment Schedule-if available

SECTION IV.

11. Provide the name and address of the lender with whom you wish to have your loans consolidated, hereafter in this Loan Consolidation Application and Promissory Note referred to as the Consolidating Lender

CONSOLIDATING LENDER

JP/AFSA

NORSTAR BANK OF CENTRAL NEW YORK/AFSA LOAN CONSOLIDATION DEPARTMENT
Name

PO BOX 92286
Street Address and/or PO Box

LOS ANGELES, CA 90009-2286

To be completed by Consolidating Lender

11a. _____
Signature of Authorized Lender Official    Title    Date

SECTION V.    PROMISSORY NOTE AND BORROWER CERTIFICATION

12. PROMISE TO PAY AND BORROWER CERTIFICATION

FOR VALUE RECEIVED, I THE UNDERSIGNED BORROWER PROMISE TO PAY THE CONSOLIDATING LENDER OR SUBSEQUENT HOLDER OF THIS PROMISSORY NOTE ("NOTE"), SUCH LOAN AMOUNT AS ADVANCED IN MY BEHALF, PLUS AN AMOUNT EQUIVALENT TO SIMPLE INTEREST ON THIS LOAN AS SPECIFIED IN MY DISCLOSURE STATEMENT AND REPAYMENT SCHEDULE WHICH WILL BE PROVIDED TO ME AT THE TIME MY FORMER CREDITORS HAVE DISCHARGED MY OBLIGATIONS ON THE LOANS SELECTED FOR CONSOLIDATION. If I fail to pay any of these amounts when they are due, I will pay all charges and other costs, including attorney's fees that are permitted by federal law and regulations for the collection of those amounts. If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs to the extent authorized under such Act. I declare under penalty of perjury under the laws of the United States that the information provided on this application is true and correct. I WILL NOT SIGN THIS NOTE BEFORE READING IT, INCLUDING THE TERMS WHICH CONTINUE ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I FURTHER CERTIFY THAT I AM NOT NOW IN DEFAULT ON A PERKINS LOAN (FORMERLY NATIONAL DEFENSE/DIRECT LOAN), OR A GUARANTEED STUDENT LOAN (INCLUDING FEDERALLY INSURED STUDENT LOAN), OR A SUPPLEMENTAL LOAN FOR STUDENTS (INCLUDING ALAS LOAN) THAT I HAVE SELECTED FOR CONSOLIDATION. I ALSO CERTIFY THAT I AM IN REPAYMENT STATUS OR IN A GRACE PERIOD PRECEDING REPAYMENT, AND NOT MORE THAN 90 DAYS DELINQUENT ON ANY OF THE LOANS LISTED ABOVE THAT I HAVE CHOSEN FOR CONSOLIDATION. IN ADDITION I CERTIFY THAT I HAVE NO CONSOLIDATION LOAN APPLICATION PENDING WITH ANOTHER LENDER. I hereby authorize the holders of any of my loans which make up the consolidation loan to pay the Consolidating Lender any refund which may be owed to me. I understand that my SLS Loans may be refinanced at the current annual variable rate as determined by the Secretary of the United States Department of Education (hereafter called the Secretary) in accordance with the Higher Education Act of 1965, as amended (hereafter called the Act) as part of this consolidation. I am entitled to an exact copy of this note. By signing this note, I acknowledge that I understand and agree to its conditions and have received an exact copy hereof.

Kevin J. Shotwell
Borrower's Signature

11-31-91
Date

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
Social Security Number

WHITE-LENDER    YELLOW-GUARANTOR    PINK-BORROWER

**EXHIBIT B**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

> Kevin J. Shortall
> AKA Kevin Shortall, Kevin J. Esquir
> 512 Burlingham Rd.
> Mamakating, NY. 12722
> Account No. 065545901

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from May 16, 2007.

On or about November 30, 1991, the borrower executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from Norstar Bank, Los Angeles, CA. This loan was disbursed for $35,909.07 on March 9, 1992, at 9.00 percent interest per annum. The loan obligation was guaranteed by New York State Higher Education Services Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $0.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on February 23, 1997, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $48,019.80 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on November 22, 2003, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $42,837.72 |
| Interest: | $32,085.25 |
| Total debt as of May 16, 2007: | $74,922.97 |

Interest accrues on the principal shown here at the rate of $10.56 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on 06/13/07

Delfin M. Reyes
Loan Analyst
Litigation Support