Robinson, J. 

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. (212) 637-2710

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                  :

                Plaintiff,         :        DEFAULT JUDGMENT

       - v. -                                    :        07 Civ. 7374 (SCR)

KEVIN J. SHORTALL,                         :

                Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       THIS ACTION having been commenced by the filing of a complaint and the issuance of a summons on August 17, 2007; a copy of the summons and complaint having been personally served upon defendant on August 30, 2007; proof of such service having been filed with the Clerk of the Court on September 11, 2007; defendant not having appeared, answered or made any motion with respect to the complaint; the time for defendant to appear, answer or make any motion with respect to the complaint having expired; the Clerk of this Court having duly entered the annexed certificate of entry of default of defendant; sufficient proof having been adduced that defendant is not in the military service of the United States and is not an infant or an incompetent person,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

NOW, on the motion of Michael J. Garcia, United States Attorney for the Southern District of New York, attorney for plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant in the sum of $42,837.72, plus $33,468.97, representing interest at the rate of nine (9.00) percent per annum through September 24, 2007, together with costs and disbursements in the sum of $510.00, amounting in all to the sum of $76,816.69, with interest thereafter from the date of judgment as provided by law, and that plaintiff have execution therefor.

Dated: White Plains, New York

October 5, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Hon. Stephen C. Robinson